| | | | |
|---|---|---|---|
| Matter of N.W., YINC 2016 MT 320N | DA 16-0049 Affirmed | 12/06/16 | Dist. 3 (Deer Lodge) |
| Marriage of Jardine & Schwartz 2016 MT 321N | DA 16-0332 Affirmed | 12/06/16 | Dist. 13 (Yellowstone) |
| Cox v. Green | OP 16-0708 Denied | 12/06/16 | Original Proceeding Habeas Corpus |
| In re John Giacometto | OP 16-0709 Accepted | 12/06/16 | Original Proceeding Certified Question |
| Decouteau v. 4th Judicial Dist. Ct. | OP 16-0725 Denied | 12/07/16 | Original Proceeding Supervisory Control |
| Crabtree v. Czech 2016 MT 326N | DA 16-0184 Reversed | 12/13/16 | Dist. 8 (Cascade) |
| Garrett v. Willmarth 2016 MT 327N | DA 16-0142 Affirmed | 12/13/16 | Dist. 8 (Cascade) |
| State v. Hofer 2016 MT 328N | DA 15-0560 Affirmed | 12/13/16 | Dist. 17 (Valley) |
| Garza v. State | OP 16-0722 Denied | 12/13/16 | Original Proceeding Habeas Corpus |
| Davenport v. Morrison & Frampton 2016 MT 333N | DA 16-0325 Affirmed | 12/20/16 | Dist. 11 (Flathead) |
| State v. Meacham 2016 MT 334N | DA 16-0174 Affirmed | 12/20/16 | Dist. 4 (Missoula) |
| Guardianship of A.M.M. | OP 16-0731 Denied | 12/20/16 | Original Proceeding Supervisory Control |
| Bailey v. Barkell | OP 16-0728 Denied | 12/20/16 | Original Proceeding Habeas Corpus |
| State v. Whitegrass 2016 MT 337N | DA 15-0730 Affirmed | 12/27/16 | Dist. 8 (Cascade) |